

**NUMBER 13-09-00459-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**VIDAL JOE SANCHEZ,**                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                          **Appellee.**

---

**On appeal from the 36th District Court
of San Patricio County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Vidal Joe Sanchez, by and through his attorney, has filed a withdrawal of notice of appeal and request for dismissal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the appeal and dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.2(a). Having dismissed the appeal at appellant's request, no motion for

rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and
filed this the 1st day of October, 2009.